FIRST DIVISION
DOYLE, C. J.,

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**June 20, 2017**

# In the Court of Appeals of Georgia

A15A1281. GLISPIE v. THE STATE.                         D-020 C

DOYLE, Chief Judge.

In *Glispie v. State*,[1] the Supreme Court of Georgia affirmed in part and reversed in part this Court's opinion in *Glispie v. State*.[2] Accordingly, we vacate Division 1 (b) (ii) of our prior opinion, and we adopt the opinion of the Supreme Court in its place. The judgment of the trial court is affirmed.

*Judgment affirmed. Reese and Self, JJ., concur.*

---

[1] 300 Ga. 128 (793 SE2d 381) (2016).

[2] 335 Ga. App. 177 (779 SE2d 767) (2015).